```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

CHARLOTTE MALDONADO,      :

    Plaintiff,             :

vs.                       :      CIVIL ACTION 05-0505-BH-M

CASINO MAGIC,             :

    Defendant.             :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 2nd day of December, 2005.

                                              s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE